IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER O.,
    Plaintiff,

Civil No. 2:24-CV-12594

v.

Honorable Anthony P. Patti
United States Magistrate Judge

MICHELLE KING,
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

s/ Anthony P. Patti
Honorable Anthony P. Patti
United States Magistrate Judge

Dated: January 31, 2025